(127 So. 918)

### Earnest CHAMBERS v. STATE.
### 4 Div. 584.

Court of Appeals of Alabama.
April 15, 1930.

SAMFORD, J.
Appeal dismissed on motion of appellant.

(119 So. 919)

### Floyd CHAPMAN v. STATE. (6 Div. 364.)

Court of Appeals of Alabama. Dec. 11, 1928.

RICE, J. Affirmed.

(127 So. 918)

### Arther CHESSER v. STATE.
### 4 Div. 472.

Court of Appeals of Alabama.
April 8, 1930.

BRICKEN, P. J.
Appeal dismissed by consent.

(128 So. 914)

### George CLAYTON v. STATE.
### 8 Div. 131.

Court of Appeals of Alabama.
May 27, 1930.

SAMFORD, J.
Affirmed.

(125 So. 918)

### Handy CLECKLER v. STATE. (5 Div. 764.)

Court of Appeals of Alabama. Nov. 26, 1929.

SAMFORD, J. Appeal dismissed.

(125 So. 918)

### Connie CLEMMONS v. STATE. (8 Div. 944.)

Court of Appeals of Alabama. Jan. 28, 1930.

RICE, J. Affirmed.

(123 So. 924)

### Connie CLEMONS v. STATE. (8 Div. 889.)

Court of Appeals of Alabama. June 18, 1929.

E. C. Nix, of Decatur, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted on a charge of rape. This record has been read en banc, and after a full consideration of each exception the court is of the opinion that no error is shown. The judgment is affirmed.

(123 So. 924)

### Oscar CLINGAN v. STATE. (8 Div. 876.)

Court of Appeals of Alabama. June 29, 1929.

W. H. Long, of Decatur, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. The evidence in this case, as shown by the record, has been read and considered by this court sitting en banc. The conclusion has been reached that the question of the guilt or innocence of this appellant was for the determination of the jury, and that the court properly refused the affirmative charge. It would serve no good purpose to set out this evidence here. The facts and circumstances disclosed by the testimony were, in our opinion, ample to justify the jury in rendering its verdict of "guilty under the first count of the indictment."

The several exceptions reserved to the court's rulings pending the trial are so clearly without merit, no discussion in this connection is necessary. A question of fact was presented, and a decision thereof is conclusive of the appeal.

Affirmed.